*Office of Enforcement and Removal Operations*

**U.S. Department of Homeland Security**
Miami Field Office
3900 N. Powerline Rd.
Pompano Beach, FL 33073



**U.S. Immigration and Customs Enforcement**

Conteh, Lansana
c/o Immigration and Customs Enforcement
Miami Field Office

A209-893-109

## Decision to Continue Detention

This letter is to inform you that your custody status has been reviewed and it has been determined that you will not be released from the custody of U.S. Immigration and Customs Enforcement (ICE) at this time. This decision has been made based on a review of your file and/or your personal interview and consideration of any information you submitted to ICE's reviewing officials.

You were ordered removed by an Immigration Judge to your native country of ~~Guinea~~ Gambia on ~~June 1, 2016~~ November 27, 201-. There is a significant likelihood of removal in the foreseeable future.

Based on the above, you are to remain in ICE custody pending your removal from the United States. You are advised that you must demonstrate that you are making reasonable efforts to comply with the order of removal and that you are cooperating with ICE's efforts to remove you by taking whatever actions ICE requests to affect your removal. You are also advised that any willful failure or refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 USC Section 1253(a).

If you have not been released or removed from the United States by ~~March 11, 2017,~~ May 26, 2018 jurisdiction of the custody decision in your case will be transferred to the Headquarters Post Order Review Unit (HQ POCRU), Potomac Center North, 500 12th Street SW, Washington, DC 20536. HQ POCRU will make a final determination regarding your custody.


Marc Moore
Miami Field Office Director

02/21/2018
Date